NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1504

I4I LIMITED PARTNERSHIP
and INFRASTRUCTURES FOR INFORMATION, INC.,

Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

Before PROST, Circuit Judge.

O R D E R

Microsoft Corporation moves for leave to submit a principal brief containing up to 18,000 words and a reply brief containing up to 9,000 words. Microsoft states that i4i Limited Partnership et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 4 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Matthew D. Powers, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2009

JAN HORBALY
CLERK